```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                          OCT - 9 2012

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 11-542-JFW-9 |
| --- | --- | --- |
| Plaintiff, | ) | ORDER [OF DETENTION] [SETTING |
|  | ) | CONDITIONS OF RELEASE] AFTER HEARING |
| v. | ) | (18 U.S.C. § 3148(b): |
| ROBERT RAMIREZ | ) | (Allegations of Violation of |
|  | ) | Pretrial Conditions of Release) |
| Defendant. | ) |  |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge John F. Walter].

B.

The court finds there is

(1)

    (A)   ( )   Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)   (X)   Clear and convincing evidence that the defendant has violated any other condition of release; and

1   (2)

2       (A)   (X)   Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; or

7       (B)   ( )   The person is unlikely to abide by any condition or combination of conditions of release.

            and/or, in the event of (1)(A)

10 (3)       ( )   There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

            or

17 (4)       ( )   The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

22           ( )   It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

            or

C.

(X)   IT IS ORDERED defendant be detained prior to trial.

DATED: 10/9/12

_____
U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]